## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PHILLIP J. KENNEDY,
 for Simone Sakey

      Plaintiff,

vs.                              Case No.: 3:11cv51/MCR/EMT

JOHN GLASSMAN, et al.,

      Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 14, 2011.  (Doc. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     This action is **DISMISSED** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      3.     The clerk is directed to enter judgment accordingly and close the file.

      **DONE AND ORDERED** this 12th day of April, 2011.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**